IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CHRISTIE L. OWENS<br><br>*Plaintiff,*<br><br>v.<br><br>KILLIANLAWGROUP, LLC<br><br>*Defendant.* | Civil Action No. 20cv2422-ELH |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

Upon consideration of the Joint Motion for Approval of Settlement Agreement (the "Motion") wherein the parties represent that they have reached a settlement to resolve their differences with respect to all allegations and claims that have been raised or could have been raised in this matter pursuant to the terms and conditions of that certain Settlement Agreement and Mutual Release (the "Settlement Agreement"), and having reviewed the Settlement Agreement between the parties attached to the Motion, it is hereby ORDERED this 25th day of Sept, 2020, that:

1. The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute over the application of the Fair Labor Standards Act, the Maryland Wage Payment and Collection Law and the Maryland Wage and Hour Law.

2. The Court APPROVES the terms of the Settlement Agreement and the Motion is GRANTED.

3. The above-captioned action ~~shall be~~ is DISMISSED WITH PREJUDICE, ~~in its entirety upon Defendant's payment of all amounts due under the Settlement Agreement. Plaintiff~~   ELH

~~shall file a line dismissing this case with prejudice within ten (10) days of receipt~~ of the final ~~payment due under the Settlement Agreement.~~

4. This Court and the undersigned Judge hereby retain jurisdiction over the enforcement of, and over any dispute arising under the Settlement Agreement. *If defendant fails to make the requisite payment within the time provided, plaintiff may promptly move to reopen the case.*

*5. The Clerk shall close the case.*

*ELH*

Ellen L. Hollander
United States District Judge

2